MID-STATES FREIGHT LINES, INC., et al., Appellants, *v.* SPENCER E. BATES et al., Constituting the State Tax Commission, Respondents.

Argued June 5, 1952; decided July 15, 1952.

*Herbert Burstein, Sidney E. Cohn, Nathan E. Zelby, Hyman N. Glickstein, Harris J. Klein* and *Sol Rubenstein* for appellants.

*Nathaniel L. Goldstein, Attorney-General (John C. Crary, Jr., Wendell P. Brown* and *Robert W. Bush* of counsel), for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.   [See 304 N. Y. 788.]